IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JOSE IVAN MORIEL,<br>ID # 94076832,<br><br>            Plaintiff,<br><br>V.<br><br>JEH CHARLES JOHNSON,<br>Department of Homeland Security, *et al.*,<br><br>            Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>1:16-CV-104-C |

## ORDER

The United States Magistrate Judge entered a Report and Recommendation on July 22, 2016, and Plaintiff filed no objections.

The undersigned Senior United States District Judge has made an independent examination of the record in this case and has examined the findings, conclusions, and recommendations of the Magistrate Judge. The Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

It is, therefore, ORDERED that this civil action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).

Judgment shall be entered accordingly.

Dismissal of this action does not release Plaintiff or the institution where he is incarcerated from the obligation to pay any filing fee previously imposed. *See Williams v. Roberts*, 116 F.3d 1126, 1128 (5th Cir. 1997).

A copy of this order shall be sent to all parties appearing *pro se* by first class mail and to any attorney of record by first class mail or electronic notification.

Plaintiff is advised that if he appeals this Order, he will be required to pay the appeal fee of $505.00 pursuant to the PLRA, and he must submit an application to proceed *in forma pauperis* and a 6-month Certificate of Inmate Trust Account at the same time he files his notice of appeal.

Any pending motions are **DENIED**.

Signed this 23rd day of August, 2016.

SAM R. CUMMINGS
Senior United States District Judge